# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-3139

_____

LaKeysia Wilson

*Plaintiff - Appellant*

v.

Arkansas Department of Human Services

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: August 15, 2019
Filed: August 20, 2019
[Unpublished]

_____

Before COLLOTON, ERICKSON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

In this Title VII action, LaKeysia Wilson appeals the district court's[1] adverse grant of summary judgment on her retaliation claim. Having carefully reviewed the

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

record and the arguments on appeal, we conclude the district court did not err in granting summary judgment. *See Torgerson v. City of Rochester*, 643 F.3d 1031, 1042 (8th Cir. 2011) (en banc) (grant of summary judgment is reviewed de novo). Accordingly, we affirm the judgment. *See* 8th Cir. R. 47B.

_____